IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.  CASE NO. 1:06-cr-00038-MP-AK

MARK IVAR MYHRE,

    Defendant.

_____/

**O R D E R**

This matter is before the Court on Doc. 81, Motion to Modify Conditions of Release by Mark Ivar Myhre. After consulting the probation office and the government, the Court determines that the motion should be granted. Mr. Myhre's conditions of release are modified to remove the requirement of home confinement and daily curfew between the hours of 10:00 p.m. and 6:00 a.m. All other conditions of release remain in full force and effect.

**DONE AND ORDERED** this  *1st*   day of February, 2007

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge