IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.  CASE NO. 1:06-cr-00038-MP-AK

MARK IVAR MYHRE,

   Defendant.
_____/

**O R D E R**

This matter is before the Court on Doc. 119, First Motion to Continue Sentencing by Mark Ivar Myhre. A teleconference was held in this case on June 5, 2007. During the hearing, the government indicated that it did not object to the continuance. The motion is granted, and sentencing is hereby reset for Wednesday, August 1, 2007, at 2:00 p.m.

   **DONE AND ORDERED** this  *7th*  day of June, 2007

                *s/Maurice M. Paul*
            Maurice M. Paul, Senior District Judge