IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.  CASE NO. 1:06-cr-00038-MP-AK

MARK IVAR MYHRE,

    Defendant.

_____/

**O R D E R**

This matter is before the Court on Doc. 153, Second Motion to Continue Sentencing by Mark Ivar Myhre.   The motion is granted, and sentencing is hereby reset for Wednesday, September 26, 2007 at 2:00 p.m.

**DONE AND ORDERED** this  *27th*   day of July, 2007

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge