IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.  CASE NO. 1:06-cr-00038-MP-AK

IVAR MYHRE,
PAUL DAVID MYHRE,
JOHN MICHAEL LOWRY,
ALAN JESSE CROSSLEY,

    Defendants.
_____/

## O R D E R

This matter is before the Court on Doc. 205, Motion to Continue Sentencing, filed by Alan Jesse Crossley; Docs. 206-07, Motions to Continue Sentencing, filed by John Michael Lowry; Doc. 208, Motion to Continue Sentencing, filed by Paul David Myhre; and Doc. 209, Motion to Continue Sentencing by Mark Ivar Myhre. The motions, which are not opposed, are granted. Sentencing is hereby reset for each defendant for the following dates:

    Alan Crossley - Tuesday 2/5/08 at 4:00 p.m.
    John Lowry - Wednesday 2/6/08 at 3:00 p.m.
    Paul Myhre - Wednesday 2/6/08 at 3:30 p.m.
    Mark Myhre - Wednesday 2/6/08 at 4:00 p.m.

**DONE AND ORDERED** this *28th* day of November, 2007

                    *s/Maurice M. Paul*
               Maurice M. Paul, Senior District Judge