IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v. CASE NO. 1:06-cr-00038-MP-AK

MARK IVAR MYHRE,

    Defendant.
_____/

## **O R D E R**

This matter came before the Court for sentencing on February 6, 2008. During the hearing, the Defendant moved to continue sentencing. As stated in open court, sentencing is continued until Wednesday, April 30, 2008, at 3:00 p.m. Defendant will remain at liberty under the same terms and conditions previously imposed, and will reside at his parents' house in the Gainesville area pending sentencing.

**DONE AND ORDERED** this *7th* day of February, 2008

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge